UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 24-CR-10025-MARTINEZ

UNITED STATES OF AMERICA

v.

EMMANUEL LUIS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Lurana Snow on December 17, 2024 **[ECF No. 9]**. A Report and Recommendation was filed on December 18, 2024, recommending that the Defendant's plea of guilty be accepted **[ECF No. 11]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 11]** of United States Magistrate Judge Lurana Snow, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Indictment. Count One charges the Defendant with Illegal Re-Entry After Removal, in violation of Title 8, United States Code, Section 1326(a). The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing has been set in this matter for **Monday, April 21, 2025, at 11:30 a.m.,** before

the Honorable District Judge Jose E. Martinez, at the Sidney M. Aronovitz United States Courthouse, 301 Simonton Street, 1st Floor Courtroom, Key West, Florida 33040.

**DONE AND ORDERED** at Chambers in Miami, Florida, this __2__ day of January, 2025.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge Lurana Snow
        All Counsel of Record
        U.S. Probation Office